# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments only:  
P.O Box 1918  
Memphis, TN  38101-1918

November 30, 2009

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:    04-15936          Teresa Brzoza

To Whom It May Concern:

Enclosed please find check #**805104** in the amount of **$137.51**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.        12

    Account#       908668106

    Creditor        Filene's  
                       P.O. Box 66955  
                       St. Louis, MO 63166

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli